# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>RIVERGATE FARMS, LLC, an Oregon corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WOIBLET'S PRODUCE SALES & MARKETING, LLC, a Washington limited liability company; STEVEN C. WOIBLET, an individual; and KATHERINE L. WOIBLET, an individual,<br><br>    Defendants. | NO. CV-05-5031-RHW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CASE** |

Before the Court is Plaintiff's Motion to Dismiss Case (Ct. Rec. 5). The motion was heard without oral argument and on an expedited basis.

The parties have entered into a Settlement Stipulation and Defendants have fully complied and performed all actions required of them under the Settlement Stipulation. The parties ask that the above-captioned case be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Dismiss Case (Ct. Rec. 5) is **GRANTED**.

2. The above-captioned case is dismissed with prejudice and without costs.

///

///

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CASE ~ 1**

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order, forward copies to counsel, and close the file.
3      **DATED** this 21st day of April, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\rivergate.wpd

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CASE ~ 2**